AUSA: Abraham                     Telephone: 810-766-5177

AO 91 (Rev. 08/09) Criminal Complaint     Special Agent : Todd McAfee     Telephone: 810-341-5710

# UNITED STATES DISTRICT COURT
для the
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

DERRICK ALONZO MAYFIELD

Case: 4:17-mj-30001
Judge: Davis, Stephanie Dawkins
Filed: 01-03-2017
CMP USA v DERRICK ALONZO MAYFIELD (TH)

    Defendant(s).

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of __December 11, 2016__, in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g) | Convicted Felon in Possession of Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

MARK TROMBLY, Special Agent, BATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 3, 2016

_____
Judge's signature

City and state: Flint, Michigan

STEPHANIE DAWKINS DAVIS, U.S. Magistrate Judge
*Printed name and title*

## United States v. Derrick Alonzo Mayfield
## Affidavit in Support of Criminal Complaint

I, Mark Trombly, being first duly sworn, hereby state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and have been some employed since 1989.

2. On December 11, 2016 at approximately 2:00 a.m. Michigan State Police Troopers Pat Barrigar and Tarzza Williams were responding to a 911 call at the Clovertree Apartments reference to a man with a gun. The caller described the suspect as being in a white colored Cadillac. The Troopers were traveling west bound in a fully marked patrol car on Court Street near the intersection of the Clovertree Apartment complex in the Township of Flint, Michigan. Trooper Barrigar then saw a white colored Cadillac pull out into the roadway from the apartment complex at a high rate of speed without stopping. The Cadillac continued east bound on Court Street passing by the officers fully marked patrol vehicle. Trooper Barrigar then stated that upon turning around his patrol car, he observed the white colored Cadillac turn off its lights and turn north bound onto Ryan Street. When troopers located the vehicle traveling on Ryan St., they observed it to be operating still with its headlights off and traveling over 50 mph in a posted 25 mph speed zone. Troopers reported that after seeing a second Michigan State Police marked patrol car at the intersection of Ryan and Corunna, the white colored Cadillac stopped.

3. The driver of the vehicle identified himself as Derrick Alonzo Mayfield. The passenger was identified as Simone Spottsville.

4. Troopers reported that they had seen that the driver's side window of the vehicle was rolled fully down before it came to a stop. Due to the nature of the call and the matching descriptions, officers walked back the path the vehicle had traveled in an attempt to locate any objects thrown or dropped from the vehicle. On Ryan just north of Court Street, officers located a black colored .25 caliber pistol lying on top of the snow. Troopers described

that the firearm was warm and dry to the touch even though it had been snowing throughout the night.

5. Simone Spottsville agreed to speak with officers. She stated that she was at Mayfield's house when a female known only as Lisa came to the front door and would not leave. Mayfield told Spottsville that he was "finnin make this bitch leave" and went outside. Mayfield came back inside a short time later and told Spottsville that "we need to leave. She bout to call the police on me". The two left the residence and both saw the police vehicle. Mayfield stated "damn there goes the police" then immediately rolled down his window and made a fast movement as if he was throwing something out the window. Spottsville stated that she did not see Mayfield with a gun but knew tha the had previously gone to prison for a gun charge.

6. The firearm seized is more fully described as a Phoenix Arms, model Raven, .25 caliber, semi-automatic pistol, serial number 3167471. I have been advised by Special Agent Harry Powers that the firearm was not manufactured in the State of Michigan and is a firearm as defined in Chapter 44, of Title 18, United States Code.

7. Derrrick Alonzo Mayfield was convicted in Genesee County Circuit Court of Felony Firearms in 2011, Attempted Armed Robbery in 2013, Possession of Controlled Substances in 1998 and Attempt Assault with a Dangerous Weapon in 2002.

_____
MARK TROMBLY, Affiant
Special Agent, BATF

Subscribed and sworn to before me on the 3rd day of January, 2017

_____
STEPHANIE DAWKINS DAVIS
United States Magistrate Judge